# UNITED STATES DISTRICT COURT
### Western District of Wisconsin

CHUCK N. FREUND, JR.,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No.: 07-cv-632-bbc

---

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

    The decision of defendant Michael Astrue, Commissioner of Social Security, is affirmed and plaintiff Chuck N. Freund, Jr.'s appeal is dismissed.

THERESA M. OWENS
_____
Theresa M. Owens, Clerk

/s/ M. Hardin
by Deputy Clerk

_____5/9/08_____
Date